1

2

3

4

5

6

7

8

9

10    **IN THE UNITED STATES DISTRICT COURT**

11    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

12

JOSEPHINE HOUSE, by her            CASE NO.  1:08-cv-1880 OWW-GSA
13    guardian ad litem, PUBLIC
GUARDIAN OF STANISLAUS
14    COUNTY,

15                    Plaintiff,        _

16    vs.
                                       ORDER APPOINTING GUARDIAN AD
17                                       LITEM FOR JOSEPHINE HOUSE
CAL STATE MORTGAGE CO.,
18    INC., a California corporation; CAL STATE
HOME LOANS, a California Corporation;
19    ALEXANDER GOMEZ; BENJAMIN
CAPITAL, INC., a California corporation;
20    and SABATINO MURPHY,

21                    Defendants.
      _____/
22

23          On December 8, 2008, Plaintiff, filed a petition to appoint Public Guardian as guardian ad

24    litem.  Doc. 2. The Superior Court of California, County of Stanislaus approved a conservatorship on

25    January 2, 2008.  Connie Alcala, Program Manager II, Stanislaus County Public Guardian, has been

26    overseeing the conservatorship and has filed an affidavit in support of the petition.

27          The court has determined that pursuant to Federal Rule of Civil Procedure 17(c), a guardian

28    ad litem  is appropriate.   Upon a consideration of the petition, the court has determined that the

1

1   petition should be granted.

2          IT IS HEREBY ORDERED that the Public Guardian of Stanislaus County is appointed as

3   guardian ad litem for plaintiff Josephine House in this action.

4

5

6

7

8

9          IT IS SO ORDERED.

10   **Dated:**   **February 12, 2009**            _/s/ **Gary S. Austin**_
                                         UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28