1   DOWNEY BRAND LLP
    KEVIN SEIBERT (Bar No. 119356)
2   ANNIE S. AMARAL (Bar No. 238189)
    621 Capitol Mall, Eighteenth Floor
3   Sacramento, CA 95814-4686
    Telephone:    (916) 444-1000
4   Facsimile:    (916) 444-2100

5   Attorneys for Defendants
    CAL STATE MORTGAGE CO., INC., a California
6   corporation; CAL STATE HOME LOANS, a California
    Corporation; and ALEXANDER GOMEZ
7

8                   UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  JOSEPHINE HOUSE, by her guardian ad       CASE NO.  1:08-CV-01880-OWW-GSA
    litem, PUBLIC GUARDIAN OF
12  STANISLAUS COUNTY,                         **STIPULATION AND PROPOSED ORDER**
                                               **REGARDING EXTENSION OF TIME TO**
13               Plaintiff,                    **RESPOND TO FIRST AMENDED**
                                               **COMPLAINT**
14        v.

15  CAL STATE MORTGAGE CO., INC., a
    California corporation; CAL STATE
16  HOME LOANS, a California corporation;
    ALEXANDER GOMEZ; BENJAMIN
17  CAPITAL, INC., a California corporation;
    SABATINO MURPHY; LARRY
18  MENTON; and JOAN HOUSE,

19               Defendants.

20

21        Pursuant to Local Rule 6-144, it is HEREBY STIPULATED by and between Josephine

22  House, by her guardian ad litem, Public Guardian of Stanislaus County ("House"), on the one

23  hand, and Cal State Mortgage Co., Inc., Cal State Home Loans, and Alexander Gomez

24  (collectively the "Cal State Defendants") on the other hand, by and through their respective

25  counsel that the Cal State Defendants be granted an extension of time to respond to the First

26  Amended Complaint filed by House.

27        The original Complaint was served by personal service on the Cal State Defendants on

28  January 5, 2009, and was therefore due to be answered or otherwise responded to by January 26,

                                          1

DOWNEY BRAND LLP

2009.  House and the Cal State Defendants agreed to extend the Cal State Defendants' response

deadline to February 10, 2009.  House filed and served her First Amended Complaint on the Cal

State Defendants on February 9, 2009.  The Cal State Defendants' deadline to answer or

otherwise respond is March 2, 2009.  The Cal State Defendants requested an extension to provide

the parties with an opportunity to discuss possible settlement options for this action and because

the other defendants have later deadlines.  House agreed as a matter of professional courtesy.

House and the Cal State Defendants agree that the deadline for the Cal State Defendants to

respond to the First Amended Complaint shall be extended to no later than March 16, 2009.

DATED:  February 23, 2009                    DOWNEY BRAND LLP


                                             By: */s/ Annie S. Amaral*
                                             ANNIE S. AMARAL
                                             Attorney for Defendants
                                             CAL STATE MORTGAGE CO., INC., a
                                             California corporation; CAL STATE HOME
                                             LOANS, a California Corporation; and
                                             ALEXANDER GOMEZ

DATED:  February 20, 2009                    CALIFORNIA RURAL LEGAL ASSISTANCE,
                                             INC.


                                             By: */s/  Austa Wakily*
                                             AUSTA WAKILY
                                             Attorney for Plaintiff
                                             JOSEPHINE HOUSE, by her guardian ad litem,
                                             PUBLIC GUARDIAN OF STANISLAUS
                                             COUNTY


                                        **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.


                                             _____
                                             Honorable Oliver W. Wanger
                                             UNITED STATES DISTRICT JUDGE

                                             DATED: _____

DOWNEY BRAND LLP

2