1   DOWNEY BRAND LLP
     KEVIN SEIBERT (Bar No. 119356)
2   ANNIE S. AMARAL (Bar No. 238189)
     621 Capitol Mall, Eighteenth Floor
3   Sacramento, CA  95814-4686
     Telephone:    (916) 444-1000
4   Facsimile:    (916) 444-2100

5   Attorneys for Defendants
     CAL STATE MORTGAGE CO., INC., a California
6   corporation; CAL STATE HOME LOANS, a California
     Corporation; and ALEXANDER GOMEZ

7

8                    UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JOSEPHINE HOUSE, by her guardian ad
     litem, PUBLIC GUARDIAN OF
12   STANISLAUS COUNTY,

13             Plaintiff,

14       v.

15   CAL STATE MORTGAGE CO., INC., a
     California corporation; CAL STATE
16   HOME LOANS, a California corporation;
     ALEXANDER GOMEZ; BENJAMIN
17   CAPITAL, INC., a California corporation;
     SABATINO MURPHY; LARRY
18   MENTON; and JOAN HOUSE,

19             Defendants.

20

CASE NO.  1:08-CV-01880-OWW-GSA

**STIPULATION AND PROPOSED ORDER REGARDING EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT**

21       Pursuant to Local Rule 6-144, it is HEREBY STIPULATED by and between Josephine

22   House, by her guardian ad litem, Public Guardian of Stanislaus County ("House"), on the one

23   hand, and Cal State Mortgage Co., Inc., Cal State Home Loans, and Alexander Gomez

24   (collectively the "Cal State Defendants") on the other hand, by and through their respective

25   counsel that the Cal State Defendants be granted an extension of time to respond to the First

26   Amended Complaint filed by House.

27       The original Complaint was served by personal service on the Cal State Defendants on

28   January 5, 2009, and was therefore due to be answered or otherwise responded to by January 26,

1

DOWNEY BRAND LLP

2009.  House and the Cal State Defendants agreed to extend the Cal State Defendants' response

deadline to February 10, 2009.  House filed and served her First Amended Complaint on the Cal

State Defendants on February 9, 2009.  The Cal State Defendants' deadline to answer or

otherwise respond is March 2, 2009.  The Cal State Defendants requested an extension to provide

the parties with an opportunity to discuss possible settlement options for this action and because

the other defendants have later deadlines.  House agreed as a matter of professional courtesy.

House and the Cal State Defendants agree that the deadline for the Cal State Defendants to

respond to the First Amended Complaint shall be extended to no later than March 16, 2009.

DATED:  February 23, 2009                    DOWNEY BRAND LLP


                                             By: */s/ Annie S. Amaral*
                                                 ANNIE S. AMARAL
                                                 Attorney for Defendants
                                                 CAL STATE MORTGAGE CO., INC., a
                                                 California corporation; CAL STATE HOME
                                                 LOANS, a California Corporation; and
                                                 ALEXANDER GOMEZ

DATED:  February 20, 2009                    CALIFORNIA RURAL LEGAL ASSISTANCE,
                                             INC.


                                             By: /s/  Austa Wakily
                                                 AUSTA WAKILY
                                                 Attorney for Plaintiff
                                                 JOSEPHINE HOUSE, by her guardian ad litem,
                                                 PUBLIC GUARDIAN OF STANISLAUS
                                                 COUNTY


                                             **ORDER**

PURSUANT TO STIPULATION, **IT IS SO ORDERED**.


                                             /s/ Gary S. Austin
                                             The Honorable Gary S. Austin
                                             UNITED STATES MAGISTRATE JUDGE

                                             DATED:  February 24, 2009

2

DOWNEY BRAND LLP