1  DOWNEY BRAND LLP
   KEVIN SEIBERT (Bar No. 119356)
2  ANNIE S. AMARAL (Bar No. 238189)
   621 Capitol Mall, Eighteenth Floor
3  Sacramento, CA  95814-4686
   Telephone:    (916) 444-1000
4  Facsimile:    (916) 444-2100

5  Attorneys for Defendants
   CAL STATE MORTGAGE CO., INC., a California
6  corporation; CAL STATE HOME LOANS, a California
   Corporation; and ALEXANDER GOMEZ
7

8                  UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | JOSEPHINE HOUSE, by her guardian ad litem, PUBLIC GUARDIAN OF STANISLAUS COUNTY, | CASE NO.  1:08-CV-01880-OWW-GSA |
|---|---|
| Plaintiff, | **JOINT STIPULATION ANDORDER REGARDING MODIFICATION OF SCHEDULING ORDER** |
| v. | |
| CAL STATE MORTGAGE CO., INC., a California corporation; CAL STATE HOME LOANS, a California corporation; ALEXANDER GOMEZ; BENJAMIN CAPITAL, INC., a California corporation; SABATINO MURPHY; LARRY MENTON; and JOAN HOUSE, | **[Fed.R.Civ.Proc. 16(b)]** |
| Defendants. | |

21     Plaintiff Josephine House, by her guardian ad litem, Public Guardian of Stanislaus County

22 ("Plaintiff"), and Defendants Cal State Mortgage Co., Inc., Cal State Home Loans, Alexander

23 Gomez (collectively "Cal State"), and Murphy Sabatino ("Sabatino") (collectively with Cal State,

24 "Defendants") hereby jointly stipulate and seek leave pursuant to Rule 16(b) of the Federal Rules

25 of Civil Procedure to briefly extend the expert witness and rebuttal expert disclosure deadlines

26 contained in the Scheduling Conference Order, filed by the Court on July 28, 2009 (hereinafter

27 the "Scheduling Order").[1]  The extension requested by the parties will not affect the other dates

---

[1] Cal State and Sabatino are the only named defendants who have appeared in the action.

1032268.1

1  set by the Court in the Scheduling Order.  Good cause exists for this request as follows:

2  On August 17, 2009, Plaintiff served by mail a deposition notice for Sabatino, which set
3  the deposition for September 29, 2009.  On Friday, September 25, 2009, Sabatino's counsel
4  notified Plaintiff and Cal State that Sabatino would not be appearing due to an unforeseen
5  emergency.  On Monday, September 28, 2009, Plaintiff's counsel confirmed that the deposition
6  would not go forward and would proceed at a later date.  In light of Sabatino's status as a named
7  party in this action, Plaintiff and Defendants stipulate to the continuance of the expert witness and
8  rebuttal expert disclosure deadlines so that the parties' experts may have Sabatino's deposition
9  transcript available before finalizing and disclosing their written reports.

10 The parties have diligently submitted this Stipulation as Plaintiff only confirmed that
11 Sabatino's deposition would be taken off calendar on September 28, 2009.  This is the parties'
12 first request for a modification to the Scheduling Order.  The parties only request an extension of
13 their expert witness and rebuttal expert disclosure deadlines; these extensions can be granted
14 without affecting the other deadlines set by the Court.  Accordingly, the parties respectfully
15 request that the Court modify the existing Scheduling Order by extending the dates as follows:

|  | **Existing Dates** | **Proposed Dates** |
|---|---|---|
| Expert Witness Disclosure | October 5, 2009 | November 13, 2009 |
| Rebuttal or Supplemental Expert Disclosures | November 5, 2009 | December 14, 2009 |
| Discovery Completion Date | January 15, 2010 | Unchanged |
| Non-Dispositive Pre-trial Motions (including discovery) | Filed by January 29, 2010 | Unchanged |
|  | Heard on March 5, 2010 | Unchanged |
| Dispositive Pre-trial Motions | Filed by February 15, 2010 | Unchanged |
|  | Heard on March 22, 2010 | Unchanged |
| Pre-trial Conference | April 26, 2010 | Unchanged |
| Trial | June 8, 2010 | Unchanged |

27  IT IS SO STIPULATED.

28

1032268.1

2

| | |
|---|---|
| DATED: October 2, 2009 | DOWNEY BRAND LLP |
| | By: /s/ Annie S. Amaral |
| | ANNIE S. AMARAL |
| | Attorney for Defendants |
| | CAL STATE MORTGAGE CO., INC., a California corporation; CAL STATE HOME LOANS, a California Corporation; and ALEXANDER GOMEZ |
| DATED: October 2, 2009 | ROSSI, HAMERSLOUGH, REISCHL & CHUCK |
| | By: /s/ Eric Gravink |
| | ERIC GRAVINK |
| | Attorney for Defendants |
| | MURPHY SABATINO |
| DATED: October 2, 2009 | CALIFORNIA RURAL LEGAL ASSISTANCE, INC. |
| | By: /s/ Katherine M. Hogan |
| | KATHERINE M. HOGAN |
| | Attorney for Plaintiff |
| | JOSEPHINE HOUSE, by her guardian ad litem, PUBLIC GUARDIAN OF STANISLAUS COUNTY |

Pursuant to stipulation, IT IS SO ORDERED.

DATED: _10/5/2009__     /s/ OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF CALIFORNIA

1032268.1

3

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING MODIFICATION OF SCHEDULING ORDER