1    KATHERINE M. HOGAN (SBN 225597)
     CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
2    801 15th Street, Ste., B
     Modesto, CA 95354
3    Telephone: (209) 577-3811
     Fax: (209) 577-1098
4    khogan@crla.org

5    ILENE J. JACOBS (SBN 126812)
     AUSTA WAKILY (SBN 257424)
6    CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
     511 D Street
7    Marysville, CA 95901
     Telephone: (530) 742-7235
8    Fax: (530) 741-0854
     ijacobs@crla.org
9    awakily@crla.org

10

11    *Other counsel for plaintiff appear*
     *on the next page*

12    Attorneys for Plaintiff Josephine House,
     by her guardian ad litem, Public Guardian
13    of Stanislaus County

14

15                 UNITED STATES DISTRICT COURT
16                 EASTERN DISTRICT OF CALIFORNIA

17

18

19    JOSEPHINE HOUSE, by her guardian ad   )   CASE NO. 1:08-CV-01880-OWW-GSA
     litem PUBLIC GUARDIAN OF             )
20    STANISLAUS COUNTY,                 )   JOINT STIPULATION AND ORDER
                                    )   REGARDING MODIFICATION OF
21             Plaintiff,            )   SCHEDULING ORDER
         vs.                          )
22                                      )
     CAL STATE MORTGAGE CO., INC., a     )
23    California corporation; CAL STATE HOME  )
     LOANS, INC., a California corporation;   )
24    ALEXANDER GOMEZ; BENJAMIN      )
     CAPITAL, INC., a California corporation;  )
25    MURPHY SABATINO; LARRY        )
     MENTON; and JOAN HOUSE, a necessary  )
26    party,                                  )
                                     )
27             Defendants.        )

28

1    *Additional Attorneys for Plaintiff Josephine House,*
     *by her guardian ad litem, Public Guardian*
2    *of Stanislaus County*

3

     MAEVE ELISE BROWN (SBN 137512)
4    NOAH ZINNER (SBN 247581)
     HOUSING AND ECONOMICS RIGHTS ADVOCATES
5    P.O. Box 29435
     Oakland, CA 94604
6    Telephone: (510) 271-8443
     Fax: (510) 868-4521
7    melisebrown@heraca.org
     nzinner@heraca.org
8
     CHRISTOPHER A. BRANCART (SBN 128475)
9    ELIZABETH BRANCART (SBN 122092)
     BRANCART & BRANCART
10   P.O. Box 686
     Telephone: (650) 879-0141
11   Fax: (650) 879-1103
     cbrancart@brancart.com
12   ebrancart@brancart.com

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Joint Stipulation & Order Regarding Modification of*                          2
*Scheduling Order*

1        Plaintiff Josephine House, by her guardian ad litem, Public Guardian of Stanislaus

2   County, along with Defendants Cal State Mortgage Co., Inc., Cal State Home Loans, and

3   Alexander Gomez (collectively "Cal State"), and Defendant Murphy Sabatino ("Sabatino")

4   (collectively with Cal State, "Defendants") hereby stipulate and seek leave pursuant to Rule

5   16(b) of the Federal Rules of Civil Procedure to extend briefly the deadlines for expert witness

6   and rebuttal expert disclosure in the Order Regarding Modification of Scheduling Order filed on

7   October 8, 2009 ("Modified Scheduling Order").  Cal State and Sabatino are the only named

8   defendants who have appeared in this action.  The extension requested by the parties will not

9   affect the other dates set by the Court in the Modified Scheduling Order.  Good cause exists for

10  this request as follows.

11       On August 17, 2009, Plaintiff served by mail a deposition notice for Sabatino, which set

12  the deposition for September 29, 2009.  On Friday, September 25, 2009, Sabatino's counsel

13  notified Plaintiff and Cal State that Sabatino would not be appearing due to an unforeseen

14  emergency.  The deposition was rescheduled for November 5, 2009.  On November 4, 2009,

15  Sabatino's counsel faxed a letter to counsel stating Sabatino would not be available for his

16  deposition the following day due to illness.  Sabatino's deposition has been rescheduled to

17  November 19, 2009.  In light of Sabatino's status as a named party in this action, Plaintiff and

18  Defendants stipulate to an extension of the expert witness and rebuttal expert disclosure

19  deadlines so that the parties' experts may have Sabatino's deposition transcript available before

20  finalizing and disclosing their written reports.

21       The parties have diligently submitted this Stipulation.  This is the parties' second request

22  for a modification to the Scheduling Order filed on July 28, 2009.  The parties only request an

23  extension of their expert witness and rebuttal expert disclosure deadlines.  Accordingly, the

24  parties respectfully request that the Court modify the Modified Scheduling Order by extending

25  the deadline for Expert Witness Disclosure from November 13, 2009 to December 1, 2009, and

26  by extending the deadline for Rebuttal or Supplemental Expert Disclosure from December 14,

27  2009 to January 5, 2010.

28  / / /

*Joint Stipulation & Order Regarding Modification of*                                    3
*Scheduling Order*

1    IT IS SO STIPULATED.

2

3

4    Dated:  November 13, 2009          CALIFORNIA RURAL LEGAL ASSISTANCE, INC.

5                                       /s/ Katherine M. Hogan

6                                       _____
                                        By:  Katherine M. Hogan
7                                       Attorneys for Plaintiff Josephine House,
                                        by her guardian ad litem, the Public Guardian of
8                                       Stanislaus County

9
     Dated: November 13, 2009           DOWNEY BRAND LLP
10

11                                      /s/ Annie S. Amaral

12                                      _____
                                        By:  Annie S. Amaral
13                                      Attorneys for Defendants Cal State Mortgage Co., Inc.,
                                        Cal State Home Loans, and Alexander Gomez

14

15   Dated: November 13, 2009           ROSSI, HAMMERSLOUGH, REISCHL & CHUCK

16
                                        /s/ Eric Gravink
17
                                        _____
18                                      By:  Eric Gravink
                                        Attorneys for Defendant Murphy Sabatino

19

20   Pursuant to stipulation, IT IS SO ORDERED.

21   IT IS SO ORDERED.

22   **Dated:   November 13, 2009**          _____/s/ Oliver W. Wanger_____
                                             UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28

*Joint Stipulation & Order Regarding Modification of*                          4
*Scheduling Order*