**SAMUEL A. CHUCK (SBN 155326)**
**ERIC A. GRAVINK (SBN 226990)**
**ROSSI, HAMERSLOUGH, REISCHL & CHUCK**
**1960 The Alameda, Suite 200**
**San Jose, CA 95126-1493**
**Tel:  (408) 261-4252**
**Fax:  (408) 261-4292**

Attorneys for Defendant
MURPHY SABATINO

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPHINE HOUSE, by her guardian ad Litem, PUBLIC GUARDIAN OF STANISLAUS COUNTY,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CAL STATE MORTGAGE, CO., INC., a California corporation; CAL STATE HOME LOANS, a California corporation; ALEXANDER GOMEZ; BENJAMIN CAPITAL, INC. a California corporation, SABATINO MURPHY; LARRY MENTON; and JOAN HOUSE,<br><br>　　　　　Defendants. | Case No.: 1:08-CV-01880-OWW-GSA<br><br>**JOINT STIPULATION AND ORDER REGARDING MODIFICATION OF SCHEDULING ORDER**<br><br><br><br><br><br>Judge:　　　Oliver W. Wanger<br>Dept.:　　　Courtroom 3, Seventh Floor |

　　　　Defendant MURPHY SABATINO (hereinafter "Sabatino") along with Plaintiff JOSEPHINE HOUSE, by her guardian ad litem, PUBLIC GUARDIAN OF STANISLAUS COUNTY and Defendants CAL STATE HOME MORTGAGE COMPANY, INC., CAL STATE HOME LOANS and ALEXANDER GOMEZ (collectively "Cal State") hereby stipulate and seek leave pursuant to Rule 16(b) of the Federal Rules of Civil Procedure to extend the deadlines for expert witness and rebuttal expert disclosure in the Order Regarding Modification of Scheduling Order filed on November 13, 2009 ("Modified Scheduling Order").  Cal State and Sabatino are the only named Defendants who have appeared in this action.  The extension requested by the parties will not effect

Rossi, Hamerslough, Reischl & Chuck
1960 The Alameda
Suite 200
San Jose, CA 95126-1493
Ph (408) 261-4252
Fax (408) 261-4292

PDF created with pdfFactory trial version www.pdffactory.com

1  the other dates currently set by the Court in the Modified Scheduling Order.  Good cause exists for
2  this request as follows:
3        The parties have been conducting depositions and written discovery.  Depositions for the Cal
4  State Defendants and Murphy Sabatino have been completed.  The parties are in the process of
5  scheduling the depositions of Plaintiff Josephine House and the guardian ad litem.  Plaintiff has also
6  indicated that they are considering amending the Complaint to add new parties.  There is a Mandatory
7  Settlement Conference set for January 28, 2010.  In light of the foregoing, and in order for the parties
8  to reduce costs for expert discovery pending the Mandatory Settlement Conference, and potential
9  amendment of the complaint, the parties wish to continue the expert disclosure and preparation of
10  reports until after the Mandatory Settlement Conference has occurred.
11        The parties have diligently submitted this stipulation.  This is the party's third request for
12  modification to the Scheduling Order initially filed on July 28, 2009.   Accordingly, the parties
13  respectfully request the Court modify the Modified Scheduling Order as follows:

| | |
|---|---|
| Mandatory Settlement Conference | January 28, 2010 (same) |
| Expert Disclosure | February 5, 2010 |
| Expert Rebuttal | February 26, 2010 |
| Discovery Cutoff | March 12, 2010 |
| Non-Dispositive Motions | March 19, 2010 |
| Dispositive Pre-Trial Motions | March 26, 2010 |
| Pre-Trial Conference | April 26, 2010 (same) |
| Trial | June 8, 2010 (same) |

IT IS SO STIPULATED.

Dated: December ___, 2009      CALIFORNIA RURAL LEGAL ASSISTANCE, INC.

_____
By: Katherine M. Hogan
Attorney for Plaintiff Josephine House, by her
guardian ad litem, the Public Guardian of Stanislaus
County

Rossi, Hamerslough, Reischl & Chuck
1960 The Alameda
Suite 200
San Jose, CA
95126-1493
Ph (408) 261-4252
Fax (408) 261-4292

1

2  Dated: December ___, 2009                    DOWNEY BRAND LLP

3

4                                               _____
                                                By: Annie S. Amaral
5                                                  Attorney for Defendants Cal State Mortgage Co.,
                                                   Inc., Cal State Home Loans, and Alexander Gomez
6

7  Dated: December 1, 2009                     ROSSI HAMERSLOUGH REISCHL & CHUCK

8

9                                               _____/s/ ERIC A. GRAVINK_____
                                                By: Eric A. Gravink
10                                                 Attorney for Defendant Murphy Sabatino

11

12
                  PURSUANT TO STIPULATION, IT IS SO ORDERED.
13

14

15
   DATED:  __December 2, 2009_____           By /s/ OLIVER W. WANGER_____
16                                                UNITED STATES DISTRICT JUDGE
                                                  EASTERN DISTRICT OF CALIFORNIA
17

18

19

20

21

22

23

24

25

26  Rossi, Hamerslough,
    Reischl & Chuck
27  1960 The Alameda
    Suite 200
    San Jose, CA
28  95126-1493
    Ph (408) 261-4252
    Fax (408) 261-4292

PDF created with pdfFactory trial version www.pdffactory.com