FILED

MAR 31 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPHINE HOUSE, by her guardian ad litem PUBLIC GUARDIAN OF STANISLAUS COUNTY,<br><br>    Plaintiff,<br><br>v.<br><br>CAL STATE MORTGAGE CO., INC., a California corporation; CAL STATE HOME LOANS, INC., a California corporation; ALEXANDER GOMEZ; BENJAMIN CAPITAL, INC., a California corporation; MURPHY SABATINO; LARRY MENTON; and JOAN HOUSE, a necessary party,<br><br>    Defendants.<br><br>AND RELATED ACTION. | 1:08-cv-1880 OWW GSA<br>Related Case Number:<br>1:09-cv-2134 LJO SMS<br><br>ORDER TRANSFERRING AND CONSOLIDATING ACTIONS |

Pursuant to the Notice of Related Case filed in this action on March 26, 2010, this Court has determined that the <u>Josephine House v. Cal State Mortgage Co., Inc.</u>, action, Case Number 1:09-cv-2134 LJO SMS should be transferred to the docket of the Hon. Oliver W. Wanger in order to effect a substantial savings of judicial effort, because both actions involve the same property, transaction or event. Both actions involve similar questions of

1

fact and the same question of law.  Therefore,

IT IS HEREBY ORDERED that the action entitled <u>Josephine House v. Cal State Mortgage, Inc.</u>, No. 1:09-cv-2134 LJO SMS shall be and is transferred to the docket of Judge Wanger and consolidated with case number 1:08-cv-1880 OWW GSA.  Upon transfer and consolidation, the case of 1:09-cv-2134 shall be administratively closed.  All future pleadings in the cases shall be filed under the case name and number 1:08-cv-1880 OWW GSA.

DATED: March 30, 2010.

_____
Anthony W. Ishii
Chief
United States District Judge

DATED: March 30, 2010.

_____
Oliver W. Wanger
UNITED STATES DISTRICT JUDGE

DATED: March 30, 2010.

_____
Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE