DOWNEY BRAND LLP
KEVIN SEIBERT (Bar No. 119356)
ANNIE S. AMARAL (Bar No. 238189)
621 Capitol Mall, Eighteenth Floor
Sacramento, CA  95814-4686
Telephone:    (916) 444-1000
Facsimile:     (916) 444-2100
kseibert@downeybrand.com
aamaral@downeybrand.com

Attorneys for Defendants
CAL STATE MORTGAGE CO., INC., a California corporation; CAL STATE HOME LOANS, a California Corporation; CAL STATE GROWTH FUND, a California Corporation; ALEXANDER GOMEZ, ROXANNA SEWARD, and LEONETTE BELLING

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPHINE HOUSE, by her guardian ad litem, PUBLIC GUARDIAN OF STANISLAUS COUNTY,<br><br>Plaintiff,<br><br>v.<br><br>CAL STATE MORTGAGE CO., INC., a California corporation; CAL STATE HOME LOANS, INC., a California corporation; CAL STATE GROWTH FUND, a California corporation, ALEXANDER GOMEZ; ROXANNA SEWARD; LEONETTE BELLING; BENJAMIN CAPITAL, INC., a California corporation; MURPHY SABATINO; MILTON MCLAURIN; LARRY MENTON; and JOAN HOUSE, a necessary party.<br><br>Defendants. | 1:08-CV-1880-OWW-GSA<br><br>Related Case Number:<br>1:09-cv-2134 LJO SMS<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT IN RELATED CASE** |

Pursuant to Local Rule 144(a), it is HEREBY STIPULATED by and between Josephine House, by her guardian ad litem, Public Guardian of Stanislaus County ("House") on the one hand, and Defendants Cal State Growth Fund ("CSGF"), Roxanna Seward ("Seward"), and

Leonette Belling ("Belling") on the other hand, by and through their respective counsel, as follows:

### RECITALS

WHEREAS, Plaintiff commenced an action against CSGF, Seward, Belling, and others, on December 7, 2009, by filing a Complaint in the above-captioned Court, case no. 1:09-cv-2134 LJO SMS (the "09 Action");

WHEREAS, Plaintiff served CSGF and Seward with the 09 Action by mail on March 2, 2010, which form of service CSGF and Seward agreed to accept;

WHEREAS, Plaintiff personally served Belling with the 09 Action on April 2, 2010;

WHEREAS, Plaintiff and CSGF and Seward previously stipulated that CSGF and Seward's deadline for responding to the 09 Action would be April 22, 2010;

WHEREAS, Belling's deadline for responding to the 09 Action is April 23, 2010;

WHEREAS, Plaintiff, CSGF, Seward, and Belling are discussing the possibility that Plaintiff will voluntarily dismiss the 09 Action.

### STIPULATION

NOW THEREFORE, in consideration of the foregoing recitals, and in an effort to foster discussions regarding dismissal of the 09 Action, Plaintiff, together with CSGF, Seward, and Belling agree that CSGF, Seward and Belling's deadline for filing their responsive pleading in the 09 Action shall be May 10, 2010.

This is the first stipulation regarding the timing for Belling to respond to the 09 Action. It is the second stipulation extending CSGF and Seward's time to respond to the Complaint in the 09 Action.

| | | |
|---|---|---|
| 1 | DATED: April 21, 2010 | DOWNEY BRAND LLP |
| 2 | | |
| 3 | | By: */s/*      Annie S. Amaral |
| 4 | | ANNIE S. AMARAL<br>Attorney for Defendants |
| 5 | | CAL STATE GROWTH FUND; CAL STATE<br>MORTGAGE CO., INC., a California |
| 6 | | corporation; CAL STATE HOME LOANS, a<br>California Corporation; ALEXANDER GOMEZ; |
| 7 | | ROXANNA SEWARD; and LEONETTE<br>BELLING |
| 8 | DATED: April 21 , 2010 | CALIFORNIA RURAL LEGAL ASSISTANCE, |
| 9 | | INC. |
| 10 | | |
| 11 | | By: /s/      Katherine Hogan |
| 12 | | KATHERINE HOGAN<br>Attorney for Plaintiff |
| 13 | | JOSEPHINE HOUSE, by her guardian ad litem,<br>PUBLIC GUARDIAN OF STANISLAUS |
| 14 | | COUNTY |

IT IS SO ORDERED.

Dated:  **April 21, 2010**           **/s/ Oliver W. Wanger**
                                      UNITED STATES DISTRICT JUDGE

1072182.1

3

STIPULATION AND ORDER