DOWNEY BRAND LLP
KEVIN SEIBERT (Bar No. 119356)
ANNIE S. AMARAL (Bar No. 238189)
621 Capitol Mall, Eighteenth Floor
Sacramento, CA  95814-4686
Telephone:    (916) 444-1000
Facsimile:    (916) 444-2100
kseibert@downeybrand.com
aamaral@downeybrand.com

Attorneys for Defendants
CAL STATE MORTGAGE CO., INC., a California corporation; CAL STATE HOME LOANS, a California Corporation; CAL STATE GROWTH FUND, a California Corporation; ALEXANDER GOMEZ, ROXANNA SEWARD, and LEONETTE BELLING

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPHINE HOUSE, by her guardian ad litem, PUBLIC GUARDIAN OF STANISLAUS COUNTY,<br><br>Plaintiff,<br><br>v.<br><br>CAL STATE MORTGAGE CO., INC., a California corporation; CAL STATE HOME LOANS, INC., a California corporation; CAL STATE GROWTH FUND, a California corporation, ALEXANDER GOMEZ; ROXANNA SEWARD; LEONETTE BELLING; BENJAMIN CAPITAL, INC., a California corporation; MURPHY SABATINO; MILTON MCLAURIN; LARRY MENTON; and JOAN HOUSE, a necessary party.<br><br>Defendants. | 1:08-CV-1880-OWW-GSA<br><br>Related Case Number:<br>1:09-CV-2134 LJO SMS<br><br>**STIPULATION AND ORDER TO TREAT ANSWER TO THIRD AMENDED COMPLAINT AS RESPONSIVE PLEADING IN RELATED CASE** |

Pursuant to Local Rule 144(a), it is HEREBY STIPULATED by and between Josephine House, by her guardian ad litem, Public Guardian of Stanislaus County ("House"), on the one hand, and Defendants Cal State Growth Fund ("CSGF"), Roxanna Seward ("Seward"), and

///

1  Leonette Belling ("Belling"), on the other hand, by and through their respective counsel, as
2  follows:

3  **RECITALS**

4  WHEREAS, Plaintiff commenced an action against CSGF, Seward, and others, on
5  December 7, 2009, by filing a Complaint in the above-captioned Court, Case No. 1:09-CV-2134
6  LJO SMS (the "09 Action");

7  WHEREAS, Plaintiff filed a motion for leave to amend and filed a proposed Third
8  Amended Complaint on December 7, 2009, and filed the Third Amended Complaint against
9  CSGF, Seward, Belling and Cal State Mortgage Co., Inc., Cal State Home Loans, and Alexander
10  Gomez (collectively with CSGF and Seward "Cal State"), and others, on February 23, 2010, in
11  the above-captioned Court, Case No. 1:08-CV-1880-OWW-GSA (the "08 Action");

12  WHEREAS, Plaintiff served CSGF and Seward with the 09 Action by mail on March 2,
13  2010, which form of service CSGF and Seward agreed to accept;

14  WHEREAS, on March 23, 2010, Cal State filed an Answer to the Third Amended
15  Complaint in the 08 Action;

16  WHEREAS, on April 1, 2010, the Court consolidated the 08 Action and 09 Action and
17  designated the 08 Action as the lead case;

18  WHEREAS, Plaintiff personally served Belling with the 09 Action on April 2, 2010; and

19  WHEREAS, Plaintiff together with CSGF, Seward, and Belling previously stipulated that
20  CSGF, Seward, and Belling's deadline for filing their responsive pleading in the 09 Action would
21  be May 24, 2010.

22  **STIPULATION**

23  NOW THEREFORE, in consideration of the foregoing recitals, Plaintiff together with
24  CSGF, Seward, and Belling agree that Cal State's Answer to the Third Amended Complaint in
25  ///
26  ///
27  ///
28  ///

the 08 Action, filed on March 23, 2010, shall also be treated as a responsive pleading in the 09 Action on behalf of CSGF, Seward, and Belling.

DATED: May 24, 2010                    DOWNEY BRAND LLP


By: */s/ Kevin M. Seibert*
KEVIN M. SEIBERT
Attorneys for Defendants
CAL STATE GROWTH FUND; CAL STATE MORTGAGE CO., INC., a California corporation; CAL STATE HOME LOANS, a California Corporation; ALEXANDER GOMEZ; ROXANNA SEWARD; and LEONETTE BELLING

DATED: May 24, 2010                    CALIFORNIA RURAL LEGAL ASSISTANCE, INC.


By: /s/ *Katherine Hogan*
KATHERINE HOGAN
Attorneys for Plaintiff
JOSEPHINE HOUSE, by her guardian ad litem, PUBLIC GUARDIAN OF STANISLAUS COUNTY

IT IS SO ORDERED.

    Dated:  **May 26, 2010**                            **/s/ Oliver W. Wanger**
                                                UNITED STATES DISTRICT JUDGE