**SAMUEL A. CHUCK (SBN 155326)**
**ERIC A. GRAVINK (SBN 226990)**
**ROSSI, HAMERSLOUGH, REISCHL & CHUCK**
**1960 The Alameda, Suite 200**
**San Jose, CA  95126-1493**
**(408) 261-4252**
**Fax:  (408) 261-4292**

Attorneys for Defendant
MURPHY SABATINO

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPHINE HOUSE, by her guardian ad Litem, PUBLIC GUARDIAN OF STANISLAUS COUNTY,<br><br>Plaintiff,<br><br>vs.<br><br>CAL STATE MORTGAGE, CO., INC., a California corporation; CAL STATE HOME LOANS, a California corporation; ALEXANDER GOMEZ; BENJAMIN CAPITAL, INC. a California corporation, SABATINO MURPHY; LARRY MENTON; and JOAN HOUSE,<br><br>Defendants. | Case No.:  1:08-CV-01880-OWW-GSA<br><br>**ORDER UPON APPLICATION BY DEFENDANT MURPHY SABATINO'S DETERMINING GOOD FAITH SETTLEMENT [C.C.P. §877.6(a)(2)]** |

TO ALL PARTIES AND ATTORNEYS OF RECORD:

Defendant Murphy Sabatino hereby applies for an Order of this Court determining a conditional settlement entered between Josephine House, by her guardian ad litem ("Plaintiff") meets the standards for good faith set forth by the California Supreme Court in *Tech-Built, Inc. v. Woodward Clyde and Associates* (1985) 35 Cal.3d 488, and is in good faith within the meaning of Code of Civil Procedure § 877 and 877.6.

Rossi, Hamerslough, Reischl & Chuck
1960 The Alameda
Suite 200
San Jose, CA 95126-1493
Ph (408) 261-4252
Fax (408) 261-4292

**ORDER UPON APPLICATION BY DEFENDANT MURPHY SABATINO'S DETERMINING GOOD FAITH SETTLEMENT [C.C.P. §877.6(a)(2)]**     **1**

PDF created with pdfFactory trial version www.pdffactory.com

The Application for Good Faith Settlement pursuant to California Code of Civil Procedure § 877.6 brought on behalf of Defendant Murphy Sabatino for a determination that the settlement between Plaintiff Josephine House, by her guardian ad litem ("Plaintiff") and Settling Defendant Murphy Sabatino is in good faith having been presented to this Court; and

It appearing to the satisfaction of the Court that said Application is made pursuant to Code of Civil Procedure § 877.6(a)(2); and

That copies of the Application, Declaration of Eric A. Gravink, Notice of Settlement and a copy of this proposed Order were served via certified mail with return receipt requested on all parties to this action with proof of service duly filed with this Court; and

That no notice of motion to contest the good faith of the settlement has been served or filed within the time allowed by Code of Civil Procedure § 877.6;

NOW, THEREFORE, IT IS ORDERED that the settlement described and attached in the Declaration of Eric A. Gravink in support of the Application was made and entered into in good faith between the parties thereto within the meaning and effect of Code of Civil Procedure § 877.6; and

IT IS FURTHER ORDERED that any claims that may be alleged by any joint tortfeasors against Murphy Sabatino or their agents, representatives or employees, for equitable comparative contribution, or partial or comparative indemnity, are barred pursuant to Code of Civil Procedure § 877.6(c).

IT IS SO ORDERED.

Dated: October 18, 2010               /s/ OLIVER W. WANGER
                                      UNITED STATES DISTRICT JUDGE

Rossi, Hamerslough, Reischl & Chuck
1960 The Alameda
Suite 200
San Jose, CA 95126-1493
Ph (408) 261-4252
Fax (408) 261-4292

**ORDER UPON APPLICATION BY DEFENDANT MURPHY SABATINO'S DETERMINING GOOD FAITH SETTLEMENT [C.C.P. §877.6(a)(2)]**                                                                  **2**

PDF created with pdfFactory trial version www.pdffactory.com