KATHERINE M. HOGAN (SBN 225597)
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
1111 I Street, Suite 310
Modesto, CA 95354
Telephone: (209) 577-3811
Fax: (209) 577-1098
khogan@crla.org

ILENE J. JACOBS (SBN 126812)
AUSTA WAKILY (SBN 257424)
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
511 D Street
Marysville, CA 95901
Telephone: (530) 742-7235
Fax: (530) 741-0854
ijacobs@crla.org
awakily@crla.org

*Other counsel for plaintiff appear on the next page*

Attorneys for Plaintiff,
Josephine House, by her guardian ad litem, Public Guardian of Stanislaus County

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPHINE HOUSE, by her guardian ad litem PUBLIC GUARDIAN OF STANISLAUS COUNTY,<br><br>        Plaintiff,<br><br>vs.<br><br>CAL STATE MORTGAGE CO., INC., a California corporation; CAL STATE HOME LOANS, a California corporation; CAL STATE GROWTH FUND, a California corporation; ALEXANDER GOMEZ; ROXANNA SEWARD; BENJAMIN CAPITAL, INC., a California corporation; MURPHY SABATINO; MILTON McLAURIN; LARRY MENTON; and JOAN HOUSE, a necessary party,<br><br>        Defendants. | Case No. 1:08-cv-01880-OWW-GSA<br><br>Related Case Number: 1:09-cv-2134-LJO-SMS<br><br>**ORDER GRANTING PETITION TO APPROVE COMPROMISE OF CLAIM AGAINST DEFENDANT MURPHY SABATINO**<br><br>Local R. 202(b) |

*Additional Attorneys for Plaintiff,
Josephine House by her guardian
ad litem, Public Guardian of
Stanislaus County*

MAEVE ELISE BROWN (SBN 137512)
HOUSING AND ECONOMIC RIGHTS ADVOCATES
P.O. Box 26435
Oakland, Ca 94604
Telephone: (510) 271-8443
Fax: (510) 868-4521
melisebrown@heraca.org

CHRISTOPHER A. BRANCART (SBN 128475)
BRANCART & BRANCART
P.O. Box 686
Pescadero, CA 94060
Telephone: (650) 879-0141
Fax: (650) 879-1103
cbrancart@brancart.com

ORDER RE PETITION TO APPROVE COMPROMISE
CASE NO. 1:08-cv-01880-OWW-GSA

The petition of Plaintiff Josephine House, by her guardian ad litem, the Stanislaus County Public Guardian, for approval of a proposed compromise of a disputed claim against Defendant Murphy Sabatino, having been presented to this Court, and it appearing to the satisfaction of the court that the Petition is made pursuant to Local Rule 202(b) and Rule 17 of the Federal Rules of Civil Procedure,

IT IS ORDERED that the petition is granted and the settlement agreement described and attached to the declaration in support of the petition is approved.

**IT IS SO ORDERED.**

**Dated:    November 12, 2010**           /s/ Oliver W. Wanger
                                         **UNITED STATES DISTRICT JUDGE**

- 3 -

ORDER RE PETITION TO APPROVE COMPROMISE
CASE NO. 1:08-cv-01880-OWW-GSA