UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPHINE HOUSE,<br><br>        Plaintiff,<br><br>   v.<br><br>CAL STATE MORTGAGE COMPANY INC, ET AL,<br><br>        Defendant. | 1:08-CV-01880 OWW-GSA<br><br>**ORDER DISMISSING DEFENDANT MURPHY SABATINO** |

Pursuant to the Notice of Dismissal of Defendant filed on December 2, 2010,

IT IS HEREBY ORDERED that Defendant Murphy Sabatino be dismissed with prejudice.

IT IS SO ORDERED.

**Dated:   December 3, 2010**            /s/ Oliver W. Wanger
                                                        UNITED STATES DISTRICT JUDGE