1  KATHERINE M. HOGAN (SBN 225597)
   CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
2  801 15th Street, Ste., B
   Modesto, CA 95354
3  Telephone: (209) 577-3811
   Fax: (209) 577-1098
4  khogan@crla.org

5  ILENE J. JACOBS (SBN 126812)
   AUSTA WAKILY (SBN 257424)
6  CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
   511 D Street
7  Marysville, CA 95901
   Telephone: (530) 742-7235
8  Fax: (530) 741-0854
   ijacobs@crla.org
9  awakily@crla.org

10

11 *Other counsel for plaintiff appear on the next page*

12 Attorneys for Plaintiff,
   Josephine House, by her guardian
13 ad litem, Public Guardian of
   Stanislaus County

14

15 UNITED STATES DISTRICT COURT
   EASTERN DISTRICT OF CALIFORNIA

16

17

| | |
|---|---|
| 18  JOSEPHINE HOUSE, by her guardian ad litem PUBLIC GUARDIAN OF STANISLAUS COUNTY, | CASE NO. 1:08-CV-01880-OWW-GSA |
| 19 | |
| 20               Plaintiff, | **THIRD NOTICE OF RECEIPT OF PAYMENT FROM THE TRANSCRIPT REIMBURSEMENT FUND** |
| 21       vs. | |
| 22  CAL STATE MORTGAGE CO., INC., a California corporation; CAL STATE HOME LOANS INC., a California corporation; ALEXANDER GOMEZ; BENJAMIN CAPITAL INC., a California corporation; MURPHY SABATINO; LARRY MENTON; and JOAN HOUSE, a necessary party, | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27               Defendants. | |

28

1　*Additional Attorneys for Plaintiff,*
　　*Josephine House by her guardian*
2　*ad litem, Public Guardian of*
　　*Stanislaus County*
3

4　MAEVE ELISE BROWN (SBN 137512)
　　HOUSING AND ECONOMICS RIGHTS ADVOCATES
5　P.O. Box 29435
　　Oakland, CA 94604
6　Telephone: (510) 271-8443
　　Fax: (510) 868-4521
7　melisebrown@heraca.org

8　CHRISTOPHER A. BRANCART (SBN 128475)
　　ELIZABETH BRANCART (SBN 122092)
9　BRANCART & BRANCART
　　P.O. Box 686
10　Telephone: (650) 879-0141
　　Fax: (650) 879-1103
11　cbrancart@brancart.com
　　ebrancart@brancart.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Notice of Receipt of Payment from the Transcript Reimbursement Fund

2

1  NOTICE IS HEREBY GIVEN THAT an application for payment from the Certified
2  Shorthand Reporters (CSR) Board Transcript Reimbursement Fund has been approved in the
3  amount of $523.30 to Hill & McPherson for Invoice Number 279647, dated November 8, 2010,
4  and that such sum is to be ordered refunded by California Rural Legal Assistance, Inc., to the
5  CSR Board, if there is any award of costs.

Respectfully submitted,

Dated: December 6, 2010        CALIFORNIA RURAL LEGAL ASSISTANCE, INC.

By: _____Katherine M. Hogan_____
Attorneys for Plaintiff, JOSEPHINE HOUSE, by her guardian ad litem the PUBLIC GUARDIAN OF STANISLAUS COUNTY

Notice of Receipt of Payment from the Transcript Reimbursement Fund

|     |     |
| --- | --- |
| 1   | PROOF OF SERVICE |
| 2   | I am employed in the County of Stanislaus.  I am over the age of eighteen |
| 3   | years and am not a party to the above entitled action.  My business address is 1111 |
| 4   | I Street, Modesto, California 95354. |
| 5   | On this date, I served a true copy of the foregoing document described as: |

THIRD NOTICE OF RECEIPT OF PAYMENT FROM THE
TRANSCRIPT REIMBURSEMENT FUND

on the parties identified below in said action by causing a true copy thereof to be placed in a sealed envelope with postage thereon fully prepaid in the designated area for outgoing mail and addressed to the following persons:

Julia Miranda-Bursell
TRF Coordinator
Court Reporters Board of California
2535 Capitol Oaks Drive, Suite 230
Sacramento, CA 95833

Hill & McPherson
2453 Grand Canal Blvd., Suite J
Stockton, CA 95207

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 6, 2010 in Modesto, California.

*Linda Rodriguez* (signature)
Linda Rodriguez

Notice of Receipt of Payment from the Transcript Reimbursement Fund