1    KATHERINE M. HOGAN (SBN 225597)
     CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
2    1111 I Street, Suite 310
     Modesto, CA 95354
3    Telephone: (209) 577-3811
     Fax: (209) 577-1098
4    khogan@crla.org

5    ILENE J. JACOBS (SBN 126812)
     AUSTA WAKILY (SBN 257424)
6    CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
     511 D Street
7    Marysville, CA 95901
     Telephone: (530) 742-7235
8    Fax: (530) 741-0854
     ijacobs@crla.org
9    awakily@crla.org

10

11   *Other counsel for plaintiff appear*
     *on the next page*

12   Attorneys for Plaintiff,
     Josephine House, by her guardian
13   ad litem, Public Guardian of
     Stanislaus County

14                    UNITED STATES DISTRICT COURT
15                    EASTERN DISTRICT OF CALIFORNIA

16

17   JOSEPHINE HOUSE, by her guardian ad litem    )   CASE NO. 1:08-CV-01880-OWW-GSA
     PUBLIC GUARDIAN OF STANISLAUS              )
18   COUNTY,                                     )   PLAINTIFF"S NOTICE OF MOTION
                                                 )   AND MOTION FOR PRELIMINARY
19              Plaintiff,                        )   INJUNCTION
            vs.                                   )
20                                               )
     CAL STATE MORTGAGE CO., INC., a             )   Estimated Oral Argument 1 hour
21   California corporation; CAL STATE HOME      )
     LOANS INC., a California corporation; CAL   )
22   STATE GROWTH FUND, a California             )   Date:    March 7, 2011
     corporation; ALEXANDER GOMEZ;               )   Time:    10:00 am
23   ROXANNA SEWARD; LEONETTE                    )   Dept:    Courtroom 3, 7th Floor
     BELLING;  BENJAMIN CAPITAL INC., a         )   Judge:   Honorable Oliver W. Wanger
24   California corporation; MURPHY SABATINO;    )
     MILTON MCLAURIN; LARRY MENTON;              )
25   and JOAN HOUSE, a necessary party,          )
                                                 )
26              Defendants.                       )
                                                 )
27   _____      )

28

1   *Additional Attorneys for Plaintiff,*
    *Josephine House by her guardian*
2   *ad litem, Public Guardian of*
    *Stanislaus County*

3

4   MAEVE ELISE BROWN (SBN 137512)
    HOUSING AND ECONOMICS RIGHTS ADVOCATES
5   P.O. Box 29435
    Oakland, CA 94604
6   Telephone: (510) 271-8443
    Fax: (510) 868-4521
7   melisebrown@heraca.org

8   CHRISTOPHER A. BRANCART (SBN 128475)
    ELIZABETH BRANCART (SBN 122092)
9   BRANCART & BRANCART
    P.O. Box 686
10  Telephone: (650) 879-0141
    Fax: (650) 879-1103
11  cbrancart@brancart.com
    ebrancart@brancart.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2

3         Please take notice that on March 7, 2011 at 10:00 am, or as soon thereafter as the matter

4   may be heard, in Courtroom 3 in the United States District Court for the Eastern District of

5   California, located at 2500 Tulare Street, Fresno, California, Plaintiff, Josephine House, moves

6   the Court to enjoin the non-judicial foreclosure proceedings threatened by the defendants in this

7   action and to enjoin defendants Cal State Mortgage, Inc., Cal State Home Loans, Cal State

8   Growth Funds, Alexander Gomez, Roxanna Seward, Leonette Belling, and their agents from

9   proceeding with the foreclosure sale of property located at 2025 Zinfandel Lane, Turlock,

10  California.

11        This motion is made pursuant to the Federal Rules of Civil Procedure Rule 65(a), Local

12  Rule 231, this Notice of Motion and Motion, Supporting Memorandum of Points and

13  Authorities, Declarations of Austa Wakily and Connie Alcala, the pleading and papers on file in

14  this litigation, and any additional evidence that the Court might consider.

15

16

17  DATED: December 7, 2010   CALIFORNIA RURAL LEGAL ASSISTANCE, INC.

18

19                  *Austa Wakily*

20                  AUSTA WAKILY
                    ILENE J. JACOBS,
21                  Attorneys for JOSEPHINE HOUSE, by her guardian ad litem,
                    PUBLIC GUARDIAN OF STANISLAUS COUNTY
22

23

24

25

26

27

28