1  KATHERINE M. HOGAN (SBN 225597)
   CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
2  1111 I Street, Suite 310
   Modesto, CA 95354
3  Telephone: (209) 577-3811
   Fax: (209) 577-1098
4  khogan@crla.org

5  ILENE J. JACOBS (SBN 126812)
   AUSTA WAKILY (SBN 257424)
6  CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
   511 D Street
7  Marysville, CA 95901
   Telephone: (530) 742-7235
8  Fax: (530) 741-0854
   ijacobs@crla.org
9  awakily@crla.org

10

11 *Other counsel for plaintiff appear on the next page*

12 Attorneys for Plaintiff,
   Josephine House, by her guardian
13 ad litem, Public Guardian of
   Stanislaus County

14
              UNITED STATES DISTRICT COURT
15            EASTERN DISTRICT OF CALIFORNIA

16

17

| | |
|---|---|
| 18  JOSEPHINE HOUSE, by her guardian ad litem PUBLIC GUARDIAN OF <br> 19  STANISLAUS COUNTY, <br> 20 <br>         Plaintiff, <br> 21       vs. <br> 22  CAL STATE MORTGAGE CO., INC., a California corporation; CAL STATE HOME <br> 23  LOANS INC., a California corporation; CAL STATE GROWTH FUND, a <br> 24  California corporation; ALEXANDER GOMEZ; ROXANNA SEWARD; <br> 25  LEONETTE BELLING; BENJAMIN CAPITAL INC., a California corporation; <br> 26  MURPHY SABATINO; MILTON MCLAURIN; LARRY MENTON;  and <br> 27  JOAN HOUSE, a necessary party, <br> 28         Defendants. | Case No. 1:08-CV-01880-OWW-GSA <br><br> Related Case No. 1:09-CV-2134-LJO-SMS <br><br> STIPULATION AND ORDER TO CONTINUE THE DEADLINE TO FILE STIPULATION OF SETTLEMENT AND PROPOSED ORDER |

*Additional Attorneys for Plaintiff,
Josephine House by her guardian
ad litem, Public Guardian of
Stanislaus County*

MAEVE ELISE BROWN (SBN 137512)
HOUSING AND ECONOMICS RIGHTS ADVOCATES
P.O. Box 29435
Oakland, CA 94604
Telephone: (510) 271-8443
Fax: (510) 868-4521
melisebrown@heraca.org

CHRISTOPHER A. BRANCART (SBN 128475)
ELIZABETH BRANCART (SBN 122092)
BRANCART & BRANCART
P.O. Box 686
Telephone: (650) 879-0141
Fax: (650) 879-1103
cbrancart@brancart.com
ebrancart@brancart.com

This stipulation is made pursuant to Local Rule 143 between Plaintiff Josephine House and Defendants Cal State Mortgage, Inc., Cal State Home loans, Cal State Growth Fund, Alexander Gomez, Roxanna Seward, and Leonette Belling (Cal State Defendants) through their respective attorneys.  The parties stipulate as follows:

### RECITALS

1     Plaintiff, Josephine House, by her guardian ad litem, necessary party Joan House, by her guardian ad litem, and the Cal State Defendants (collectively with Plaintiff and Joan House, the "Parties") executed a settlement agreement on January 25, 2011.

2     Plaintiff, pursuant to Local Rule 160(a) filed a Notice of Settlement, on January 25, 2011, to inform the Court that the parties have reached a settlement agreement. *See Docket Entry No.* 121.

3     The Court, on January 26, 2011, entered an order requiring the parties to file Stipulation of Settlement and Proposed Order within 21 days of the notice. *See Docket Entry No.* 124.

4     The deadline to comply with the Court's order to file a Stipulation of Settlement and Proposed Order is February 15, 2011.

5     The Parties' settlement agreement provides  that "[w]ithin five (5) business days of the date on which this Agreement has been fully executed by the Parties, Plaintiff shall, in accordance with Local Rule 202, seek approval of this Agreement from the Stanislaus County Superior Court, Case Number 426579."

6     The Parties' settlement agreement further provides that "[w]ithin five (5) business days of the date on which this Agreement has been fully executed by the Parties, Joan House, shall, in accordance with Local Rule 202, seek approval of this Agreement from the Stanislaus County Superior Court, Case Number 426580."

7     The Parties' settlement agreement further provides that "[w]ithin five (5) business days of receiving approval of this Agreement from the Stanislaus County Superior Court, in Case Numbers 426579 and 426580, Plaintiff shall, in accordance with Local Rule 202, file a motion seeking approval of this Agreement by the federal court where the Lawsuits are pending

(the "Motion")."

8      Plaintiff and Joan House, pursuant to Local Rule 202 and the terms of the settlement agreement filed a Petition to Approve Compromise of Pending Action with the Stanislaus County Superior Court on February 1, 2011. *Stanislaus County Superior Court, Case Nos.* 426579 and 426580.

9      Plaintiff and Joan House's Petition to Approve Compromise of Pending Action is scheduled for hearing on February 22, 2011 after the deadline to file a Stipulation of Settlement and Proposed Order.

10     Plaintiff, pursuant to Local Rule 202 and the Parties' settlement agreement, will file a motion seeking approval of the settlement agreement with this Court within 5 business days of receiving approval of the agreement by the Stanislaus County Superior Court.

## STIPULATION

Plaintiff and the Cal State Defendants stipulate to extend the deadline to file a Stipulation of Settlement and Proposed Order to allow that parties sufficient time to comply with Local Rule 202 and to obtain approval of the settlement agreement from the state court and this Court. The parties respectfully request that the Court extend the deadline to file a Stipulation of Settlement and Proposed Order to March 31, 2011.

IT IS SO STIPULATED

DATED: February 14, 2011          CALIFORNIA RURAL LEGAL ASSISTANCE, INC.

 */s/ AustaWakily*
AUSTA WAKILY, Attorney for Plaintiff, JOSEPHINE HOUSE

DATED: February 14, 2011          DOWNY BRAND LLP

 /s/   *Annie S. Amaral*
ANNIE S. AMARAL, Attorney for CAL STATE DEFENDANTS

///IT IS SO ORDERED.

**Stipulation and Order to Continue the Deadline to File Stipulation of Settlement and Proposed Order**                                              4

1 | **Dated:** February 15, 2011              /s/ Oliver W. Wanger
                                              UNITED STATES DISTRICT JUDGE
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Stipulation and Order to Continue the Deadline to File Stipulation of Settlement and Proposed Order**                                                          5