KATHERINE M. HOGAN (SBN 225597)
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
1111 I Street, Suite 310
Modesto, CA 95354
Telephone: (209) 577-3811
Fax: (209) 577-1098
khogan@crla.org

ILENE J. JACOBS (SBN 126812)
AUSTA WAKILY (SBN 257424)
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
511 D Street
Marysville, CA 95901
Telephone: (530) 742-7235
Fax: (530) 741-0854
ijacobs@crla.org
awakily@crla.org

*Other counsel for plaintiff appear on the next page*

Attorneys for Plaintiff,
Josephine House, by her guardian
ad litem, Public Guardian of
Stanislaus County

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPHINE HOUSE, by her guardian ad litem PUBLIC GUARDIAN OF STANISLAUS COUNTY,<br><br>            Plaintiff,<br><br>     vs.<br><br>CAL STATE MORTGAGE CO., INC., a California corporation; CAL STATE HOME LOANS INC., a California corporation; CAL STATE GROWTH FUND, a California corporation; ALEXANDER GOMEZ; ROXANNA SEWARD; LEONETTE BELLING; BENJAMIN CAPITAL INC., a California corporation; MURPHY SABATINO; MILTON MCLAURIN; LARRY MENTON;  and JOAN HOUSE, a necessary party,<br><br>            Defendants. | Case No. 1:08-CV-01880-OWW-GSA<br><br>Related Case No. 1:09-CV-2134-LJO-SMS<br><br>ORDER GRANTING PETITION TO APPROVE COMPROMISE OF CLAIM AGAINST THE CAL STATE DEFENDANTS |

*Additional Attorneys for Plaintiff,
Josephine House by her guardian
ad litem, Public Guardian of
Stanislaus County*

MAEVE ELISE BROWN (SBN 137512)
HOUSING AND ECONOMICS RIGHTS ADVOCATES
P.O. Box 29435
Oakland, CA 94604
Telephone: (510) 271-8443
Fax: (510) 868-4521
melisebrown@heraca.org

CHRISTOPHER A. BRANCART (SBN 128475)
ELIZABETH BRANCART (SBN 122092)
BRANCART & BRANCART
P.O. Box 686
Telephone: (650) 879-0141
Fax: (650) 879-1103
cbrancart@brancart.com
ebrancart@brancart.com

1    The petition of Plaintiff Josephine House, by her guardian ad litem, the Stanislaus County
2 Public Guardian, for approval of a proposed compromise of a disputed claim against Defendants
3 Cal State Mortgage, Inc., Cal State Home Loans, Cal State Growth Fund, Alexander Gomez,
4 Roxanna Seward, and Leonette Belling, having been presented to this Court, and it appearing to
5 the satisfaction of the Court that the petition is made pursuant to Local Rule 202(b) and Rule 17
6 of the Federal Rules of Civil Procedure,
7    IT IS ORDERED that the petition is granted and the settlement agreement described and
8 attached to the declaration in support of the petition is approved.

DATED:   3/9/2011

 /s/ OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE