CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
1111 I Street, Suite 310
Modesto, CA 95354
Telephone: (209) 577-3811
Fax: (209) 577-1098
khogan@crla.org

ILENE J. JACOBS (SBN 126812)
AUSTA WAKILY (SBN 257424)
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
511 D Street
Marysville, CA 95901
Telephone: (530) 742-7235
Fax: (530) 741-0854
ijacobs@crla.org
awakily@crla.org

*Other counsel for plaintiff appear on the next page*

Attorneys for Plaintiff,
Josephine House, by her guardian ad litem, Public Guardian of Stanislaus County

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPHINE HOUSE, by her guardian ad litem PUBLIC GUARDIAN OF STANISLAUS COUNTY,<br><br>Plaintiff,<br>vs.<br><br>CAL STATE MORTGAGE CO., INC., a California corporation; CAL STATE HOME LOANS INC., a California corporation; CAL STATE GROWTH FUND, a California corporation; ALEXANDER GOMEZ; ROXANNA SEWARD; LEONETTE BELLING; BENJAMIN CAPITAL INC., a California corporation; MURPHY SABATINO; MILTON MCLAURIN; LARRY MENTON; and JOAN HOUSE, a necessary party,<br><br>Defendants. | Case No. 1:08-CV-01880-OWW-GSA<br><br>Related Case No. 1:09-CV-2134-LJO-SMS<br><br>STIPULATION OF SETTLEMENT AND ORDER |

1  *Additional Attorneys for Plaintiff,*
2  *Josephine House by her guardian ad litem, Public Guardian of*
3  *Stanislaus County*

4  MAEVE ELISE BROWN (SBN 137512)
   HOUSING AND ECONOMICS RIGHTS ADVOCATES
5  P.O. Box 29435
   Oakland, CA 94604
6  Telephone: (510) 271-8443
   Fax: (510) 868-4521
7  melisebrown@heraca.org

8  CHRISTOPHER A. BRANCART (SBN 128475)
   ELIZABETH BRANCART (SBN 122092)
9  BRANCART & BRANCART
   P.O. Box 686
10 Telephone: (650) 879-0141
   Fax: (650) 879-1103
11 cbrancart@brancart.com
   ebrancart@brancart.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Stipulation of Settlement And Proposed Order**                                                          2

This stipulation is made pursuant to Local Rule 143 and this Court's orders dated January 26, 2011 and February 15, 2011 between Plaintiff Josephine House and Defendants Cal State Mortgage, Inc., Cal State Home loans, Cal State Growth Fund, Alexander Gomez, Roxanna Seward, and Leonette Belling (Cal State Defendants) through their respective attorneys[1]. The parties stipulate as follows:

1.  Plaintiff Josephine House, by her guardian ad litem, Public Guardian of Stanislaus County, filed this action against lender defendants Cal State Mortgage, Inc, Cal State Home Loans, Alexander Gomez, Roxanna Seward and broker defendants Benjamin Capital, Inc., Murphy Sabatino, and Larry Menton on December 5, 2008. *See Docket Entry No. 1*. Plaintiff, on February 23, 2010, filed a Third Amended Complaint adding defendants Cal State Growth Fund, Leonette Belling, and Milton McLaurin. *See Docket Entry No. 78.* [2]

2.  Plaintiff on December 7, 2009 filed a separate related action against defendants Cal State Growth Fund, Leonette Belling, and Milton McLaurin to preserve her statute of limitations. *See Related Case Number* 1:09-CV-02134-LJO-SMS. The related case was administratively closed on March 31, 2010 and all pleadings have been filed with this Court under case number 1:08-CV-01880-OWW-GSA.

3.  Plaintiff, necessary party defendant Joan House, by her guardian ad litem, and the Cal State Defendants (collectively with Plaintiff and Joan House, the "Parties") executed a settlement agreement on January 25, 2011. *See Attached Settlement and Release Agreement*.

4.  Plaintiff and Joan House filed a Petition to Approve Compromise of Pending Action with the Stanislaus County Superior Court on February 1, 2011. The Petition to Approve Compromise of Pending Action was approved on February 22, 2011. *See Docket Entry Nos. 128-129 Exhibits 1 and 2.*

---

[1] The compromise with Defendants Murphy Sabatino was approved by the Court on December 6, 2010 who was dismissed form the action by Order dated December 3, 2010. *See Docket Entry No. 114*. Clerk's entries of default were made on April 16 and 30, 2009 and May 7, 2010 respectively against the remaining Defendants Larry Menton, Benjamin Capital, Inc., and Milton McLaurin.

[2] Related Case No. 1:09-CV-2134-LJO-SMS

**Stipulation of Settlement And Proposed Order**                                                                 3

5. Plaintiff filed a Petition to Approve Compromise of Pending Action with this Court on February 25, 2011 . *See Docket Entry 129*. This Court approved the Petition to Approve Compromise of Pending Action on March 8, 2011. *See Docket Entry 131* .

6. The terms of the compromise required Plaintiff and Joan House to seek approval of the settlement from the Stanislaus County Superior Court and for Plaintiff to also seek approval of the compromise by this Court. Plaintiff and Joan House have complied with the terms of the settlement agreement in that Joan House obtained state approval of the settlement terms and Josephine House obtained state court approval and approval by this Court of the settlement. *See Docket Entry Nos. 128 and 129.*

7. The Cal State Defendants have complied with the terms of the compromise in that they have cancelled the note at issue in this action, caused to be recorded in the office of the county recorder where the Subject Property is located a deed of reconveyance for the Assigned Deed of Trust and/or Deed of Trust, and paid Plaintiff the sum of $1,750 for costs in the form of a check made payable to California Rural Legal Assistance, Inc.

**8.** Plaintiff has complied with the terms of the compromise in that she has filed a Notice of Dismissal pursuant to the terms of the settlement agreement on March 28, 2011.

9. The Plaintiffs, therefore, release and dismiss with prejudice the Cal State Defendants from the above-entitled actions pursuant to their settlement agreement dated January 25, 2011, Plaintiff and Joan House's Petition to Approve Compromise of Pending Action with the Stanislaus Superior Court dated February 1, 2011, the state court order approving Joan House and Plaintiff's Petition to Approve Pending Compromise of February 22, 2011, and the Court's order granting the Plaintiff's Petition to Approve Compromise of Pending Action of March 16, 2011. A copy of the settlement agreement is attached to this Stipulation.

//
//
//
//
//

**Stipulation of Settlement And Proposed Order**                                                                 4

IT IS SO STIPULATED

DATED: April 4, 2011            CALIFORNIA RURAL LEGAL ASSISTANCE, INC.

                                /s/ Austa Wakily
                                AUSTA WAKILY, Attorney for Plaintiff, JOSEPHINE HOUSE


DATED: April 1, 2011            DOWNY BRAND LLP

                                /s/ Annie A. Amaral
                                ANNIE S. AMARAL, Attorney for CAL STATE DEFENDANTS


Pursuant to the stipulation IT IS ORDERED that defendants Cal State Mortgage, Inc., Cal State Home loans, Cal State Growth Fund, Alexander Gomez, Roxanna Seward, and Leonette Belling (Cal State Defendants) are dismissed with prejudice.


IT IS SO ORDERED.

**Dated:   April 5, 2011**            /s/ Oliver W. Wanger
                                      UNITED STATES DISTRICT JUDGE

**Stipulation of Settlement And Proposed Order**                                          5