1  JESSENYA HERNANDEZ (SBN 263991)
   CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
2  1111 I Street, Suite 310
   Modesto, CA 95354
3  Telephone: (209) 577-3811
   Fax: (209) 577-1098
4  jhernandez@crla.org

5  ILENE J. JACOBS (SBN 126812)
   AUSTA WAKILY (SBN 257424)
6  CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
   511 D Street
7  Marysville, CA 95901
   Telephone: (530) 742-7235
8  Fax: (530) 741-0854
   ijacobs@crla.org
9  awakily@crla.org

10

11 *Other counsel for plaintiff appear on the next page*

12 Attorneys for Plaintiff,
   Josephine House, by her guardian
13 ad litem, Public Guardian of
   Stanislaus County

14

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPHINE HOUSE, by her guardian ad litem PUBLIC GUARDIAN OF STANISLAUS COUNTY, | Case No. 1:08-CV-01880-OWW-GSA |
| | Related Case No. 1:09-CV-2134-LJO-SMS |
| Plaintiff, | |
| vs. | **ORDER GRANTING PLAINTIFF'S REQUEST FOR DISMISSAL OF DEFENDANT BENJAMIN CAPITAL INC**. |
| CAL STATE MORTGAGE CO., INC., a California corporation; CAL STATE HOME LOANS INC., a California corporation; CAL STATE GROWTH FUND, a California corporation; ALEXANDER GOMEZ; ROXANNA SEWARD; LEONETTE BELLING; BENJAMIN CAPITAL INC., a California corporation; MURPHY SABATINO; MILTON MCLAURIN; LARRY MENTON; and JOAN HOUSE, a necessary party, | |
| Defendants. | |

*Additional Attorneys for Plaintiff, Josephine House by her guardian ad litem, Public Guardian of Stanislaus County*

MAEVE ELISE BROWN (SBN 137512)
HOUSING AND ECONOMICS RIGHTS ADVOCATES
P.O. Box 29435
Oakland, CA 94604
Telephone: (510) 271-8443
Fax: (510) 868-4521
melisebrown@heraca.org

CHRISTOPHER A. BRANCART (SBN 128475)
ELIZABETH BRANCART (SBN 122092)
BRANCART & BRANCART
P.O. Box 686
Telephone: (650) 879-0141
Fax: (650) 879-1103
cbrancart@brancart.com
ebrancart@brancart.com

Plaintiff no longer wishing to pursue this lawsuit against Defendant Benjamin Capital Inc. IT IS HEREBY ORDERED that Defendant Benjamin Capital Inc is dismissed with prejudice from the above entitled actions.

IT IS SO ORDERED.

**Dated:   July 22, 2011**            _____/s/ Oliver W. Wanger_____
                                      UNITED STATES DISTRICT JUDGE

2