IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPHINE HOUSE, by her guardian ad litem, PUBLIC GUARDIAN OF STANISLAUS COUNTY,<br><br>Plaintiff,<br><br>vs.<br><br>CAL STATE MORTGAGE CO., INC., a California corporation, et al.,<br><br>Defendants.<br>_____/ | CASE NO. 1:08-cv-1880 - - - GSA<br><br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THIS ACTION. |

On September 23, 2011, Plaintiff filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) dismissing Larry Menton as a defendant. (Doc. 159). Menton has not answered or appeared in this matter. Further, all other defendants have been dismissed in this action. The notice of voluntary dismissal of Menton is effective without court order. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). With the dismissal of Menton, there are no other claims or defendants in this case. As such, the Clerk of the Court will be directed to close this case.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant Larry Menton is DISMISSED pursuant to Plaintiff's Rule 41(a)(1)(A)(i) notice of dismissal; and

2. The Clerk shall CLOSE this case.

IT IS SO ORDERED.

Dated:   October 5, 2011

1

CHIEF UNITED STATES DISTRICT JUDGE